KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Ayushka Singh Gharib | CASE NO.: LA25-14061-DS |
| | |
| | **NOTICE OF CONTINUED CONFIRMATION HEARING** |
| | DATE:   11/20/25 |
| | TIME:    1:30 pm |
| | PLACE:  Roybal Building |
| | Courtroom 1639 - 16th Floor |
| | 255 East Temple Street |
| | Los Angeles, CA 90012 |
| DEBTOR(S) | |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.

Dated:  9/26/25

_____
Kathy A. Dockery,    Chapter 13 Trustee